**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**LICOBERT WILLIAMS,**                                                  **PLAINTIFF**

**V.**                         **NO. 4:08CV086-A-D**

**MYRTISS COBBING, et al.,**                 **DEFENDANTS**

**FINAL JUDGMENT**

In accordance with the opinion issued this day, the instant cause is **DISMISSED** with prejudice for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). Plaintiff has also earned one strike under the three strikes provision of 28 U.S.C. § 1915(g).

**IT IS SO ORDERED.**

THIS the   31st   day of July, 2008.

                                                        /s/ Sharion Aycock
                                                        **UNITED STATES DISTRICT JUDGE**
                                                        **NORTHERN DISTRICT OF MISSISSIPPI**